UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT SASS,

                        Plaintiff,                       07 Civ. 7186 (PKC)

      -against-                            __COMPLAINT__

LONG ISLAND RAILROAD COMPANY,

                        Defendant.
------------------------------------------------------------X

__PLAINTIFF DEMANDS TRIAL BY JURY__

Plaintiff, by his attorneys, The Law Offices of Michael Flynn, PC, complains of the defendant and alleges:

__FIRST:__  This action is brought under the Federal Employers' Liability Act, (45 U.S.C. Sec. 51 et seq.).

__SECOND:__  The defendant is a corporation is engaged in interstate commerce by rail and operate a railroad system and railroad yards within the jurisdiction of this Court and in various other States.

__THIRD:__  That prior to February 16, 2006, and at all times hereinafter mentioned, the defendant employed the plaintiff as an electrician under its direction, supervision and control and in furtherance of defendant's business in interstate commerce.

__FOURTH:__   That prior to February 16, 2006, and at all times hereinafter mentioned, the defendant maintained, operated and controlled Hillside Maintenance Facility in Queens, New York which contained defendant's tracks, rails, switches, sidings, roadbeds and appurtenances thereto, over, through and upon which the defendant operated engines, trains and cars under its control and direction.

FIFTH:  That on or about February 16, 2006, while the plaintiff, an employee of the defendant, was in the performance of his duties as an electrician in the vicinity of the employee walkway just north of the Liberty Avenue crossover at the Hillside Maintenance Facility in Queens, New York, the defendant, its agents, servants and employees, so negligently and carelessly conducted themselves toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work; in failing to clean, maintain or remove ice/snow from the walkways and work areas; and, so negligently failed and neglected to enact and enforce safety rules, regulations, procedures, and practices for activities carried out by its personnel at the said place, including the Long Island Railroad Corporate Employee Safety Policy and Procedures; that all of the foregoing brought about severe and disabling injuries to plaintiff.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the furtherance of interstate commerce or in work closely or substantially affecting the same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of $1,000,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of ONE MILLION ($1,000,000.00) DOLLARS, together with the costs and disbursements of this action.

Law Offices of Michael Flynn PC
Attorneys for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234


By:_____
     MICHAEL FLYNN, MF7150

AO 440 (Rev. 5/85) Summons in a Civil Action

===============================================================================

# *UNITED STATES DISTRICT COURT*

_____SOUTHERN_____District of_____NEW YORK_____

ROBERT SASS,

                    Plaintiff,                                   **SUMMONS IN A CIVIL ACTION**


                    **V.**                                        CASE NUMBER:


LONG ISLAND RAILROAD COMPANY,

                    Defendant.



        TO:  **(Name and Address of Defendant)**
                    Long Island Railroad Company
                    Jamaica Station
                    Jamaica, NY 11435


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and  serve upon

PLAINTIFF'S ATTORNEY (name and address)

                    Michael Flynn, Esq., MF7150
                    Law Offices of Michael Flynn PC
                    1205 Franklin Avenue
                    Garden City, NY 11530
                    (516) 877-1234


an answer to the complaint, which is herewith upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



_____        _____
CLERK                                                            DATE


_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER | TITLE |
|---|---|
| | |

<u>Check the box below to indicate appropriate method of service</u>

[  ]  Served personally upon the defendant. Place where served:_____

[  ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

[  ]  Returned unexecuted:_____

[  ]  Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____          _____
            DATE                              SIGNATURE OF SERVER


                                              _____
                                              ADDRESS OF SERVER


1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.