**MEMO ENDORSED**

The Law Offices of
# Michael Flynn, PC
1205 Franklin Avenue, Suite 250
Garden City, N.Y. 11530
Tel: (516) 877-1234      (212) 986-4921
Fax: (516) 877-1177
Toll Free: (866) 877-FELA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

Michael Flynn, Esq.

Marc Wietzke, Esq. †

Charles Rock, Of Counsel
David Sutton, Of Counsel

†Also admitted in NJ

Penn Station Office
One Penn Plaza, 36th Fl.

Grand Central Office
100 Park Avenue, 16th Fl.

Connecticut Office
263 Tresser Blvd., 9th Fl.
Stamford, CT 06901

October 15, 2007


RECEIVED
OCT 17 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: SASS V. LONG ISLAND RAILROAD COMPANY
    07 Civ. 7186 (PKC)

Dear Judge Castel:

I am plaintiff's counsel in the above-entitled case. An initial conference previously scheduled for October 15, 2007 was adjourned since the Long Island Railroad has not appeared. It is respectfully requested that the conference be re-scheduled for one of the following days to allow the Long Island Railroad to appear in this case:

November 9, 2007
November 16, 2007
December 7, 2007

Respectfully submitted,

Michael Flynn

MF:EF

*The initial pretrial conference is adjourned to November 9, 2007 at 11:00 a.m.*

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
10-17-07