```
                                        ┌─────────────────────────────┐
                                        │ USDS SDNY                   │
                                        │ DOCUMENT                    │
                                        │ ELECTRONICALLY FILED        │
                                        │ DOC #: _____         │
                                        │ DATE FILED: 11/8/07         │
                                        └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

ROBERT SASS,                          :
                                      :   CONSENT TO PROCEED BEFORE
                     Plaintiff(s),    :   UNITED STATES MAGISTRATE JUDGE
                                      :
        - against -                   :   __07__ Civ. __7186____ ( PKC )( JCF )
                                      :
LONG ISLAND RAILROAD COMPANY          :
                     Defendant(s).    :
                                      :
————————————————————————x

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____          _____
Attorney(s) for Plaintiff(s)               Attorney(s) for Defendant(s)
Address 205 Franklin Ave.                  Address Jamaica Station
        Garden City, NY 11530                      Jamaica, NY 11435
Telephone (516) 877-1234                   Telephone (718)558-8235


_____          _____
Attorney(s) for _____          Attorney(s) for _____
Address                                    Address
Telephone                                  Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED,

_____
                              U.S.D.J.                              PKC

Magistrate Judge ___Francis___   was assigned this case on _____

   11-8-07                    _____
                             For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99