```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
ROBERT SASS,                         :  07 Civ. 7186 (JCF)
                                     :
              Plaintiff,             :      O R D E R
                                     :
    - against -                      :
                                     :
LONG ISLAND RAILROAD COMPANY,        :
                                     :
              Defendant.             :
- - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/14/07]

A pretrial conference having been held by telephone on December 14, 2007, it is hereby ORDERED as follows:

1. All discovery shall be completed by June 30, 2008.

2. The pretrial order shall be submitted by July 31, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         December 14, 2007

Copies mailed this date:

Mark Wietzke, Esq.
Law Offices of Michael Flynn, PC
1205 Franklin Avenue, Suite 205
Garden City, New York 11530

1

Christopher P. Yodice, Esq.
Long Island Railroad Company
Jamaica Station
Jamaica, New York 11435

2