(718) 558-8235

 **Long Island Rail Road**

**MEMO ENDORSED**

July 31, 2008

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 8/1/2008        │
└─────────────────────────────┘
```

<u>*Via Fax - (212) 805-7930*</u>
Magistrate Judge Francis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    **Sass v. LIRR**
         **07 Civ. 7186 (JCF)**
         <u>**Our File No.: JN-6363**</u>

Dear Magistrate Judge Francis:

This letter is written with the consent of plaintiff to respectfully request a (30) thirty-day extension to file the Joint Pre-trial Order due on this date.

This matter is pending before Your Honor for all purposes and there have been no previous requests for an extension of any kind. Discovery is complete, with the exception of LIRR's receipt of the report of its expert Radiologist. I expect to receive the report in the next 2 to 3 weeks. Thereafter, plaintiff will be provided with the necessary Rule 26 disclosure.

Thank you for your kind consideration of the parties request.

Respectfully submitted,

*[signature]*
Christopher P. Yodice
Ass't Deputy General Counsel
Torts & Administration

CPY:lj

cc:    Marc Wietzke, Esq.
       <u>*Via Fax - (516) 877-1177*</u>

7/31/08
Application granted.
SO ORDERED.
*[signature] James C. Francis IV*
USMJ

MTA Long Island Rail Road is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman         Elliot G. Sander, Executive Director and CEO